# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KENNETH RAY PITTS,                                                                                    PLAINTIFF
ADC #975838

v.                                          4:20CV00793-JM-JTK

CUMMINS UNIT, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motions to Proceed in forma pauperis (Doc. Nos. 1, 3) are DENIED.

2. Should Plaintiff wish to continue prosecuting this case, he must submit the statutory filing fee of $400 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. This case is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of July, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE