IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH RAY PITTS,                                                                  PLAINTIFF
ADC #975838

v.                                         4:20CV00793-JM-JTK

CUMMINS UNIT, et al.                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of July, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE